IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREEDOM MEDICAL INC.,** <br> Plaintiff, <br><br> v. <br><br> **GERRY L. WHITMAN,** <br> Defendants. | CIVIL ACTION <br><br><br><br> NO. 18-4155 |

# O R D E R

**AND NOW**, this 29th day of October, 2018, upon consideration of Plaintiff's Motion for a Preliminary Injunction and support thereof (ECF No. 3, 30), Defendants' Opposition thereto (ECF No. 11), and testimony elicited at a hearing on October 23 and October 25, 2018, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED IN PART AND DENIED IN PART**:

1. Plaintiff's Motion to enjoin Defendant Oderlin from misappropriating Plaintiff's trade secrets (Counts I & II) is **GRANTED**. Defendant Oderlin is **ENJOINED** from divulging to Defendant Med One or any other person, company, or entity or using for any purpose any trade secrets belonging to Plaintiff.

2. Plaintiff's Motion to enjoin Defendant Oderlin from breaching the restrictive covenant contained within Defendant Oderlin's employment agreement with Plaintiff (Count III) is **GRANTED**. Defendant Oderlin is **ENJOINED** from working for, or providing services to, Med One, or any of its parent, subsidiary, affiliated or successor companies, in the San Diego sales territory, for a period of one year, beginning from the date Defendant Oderlin left Plaintiff's employ, July 6, 2018.

3. In all other respects, Plaintiff's Motion is **DENIED**.

                                                                                    **BY THE COURT:**

                                                                                    /s/Wendy Beetlestone, J.

                                                                                    **WENDY BEETLESTONE, J.**